1626

Present—Martoche, J.P., Smith, Peradotto, Carni and Green, JJ.

■ MORGAN T. PALMER, Appellant, v CSX TRANSPORTATION, INC., Respondent. (Appeal No. 1.) [890 NYS2d 884]—

Present—Smith, J.P., Centra, Fahey, Carni and Pine, JJ.

■ MORGAN T. PALMER, Appellant, v CSX TRANSPORTATION, INC., Respondent. (Appeal No. 2.) [892 NYS2d 704]—

Memorandum: Plaintiff commenced this action pursuant to